IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| RUTHERFORD C. BARNETT | § | CASE NO. 10-30625-BJH |
| LINDA NGO | § | CASE NO. 10-30614-BJH |
| MARVIN C. DOSS | § | CASE NO. 10-31914-BJH |
| TIESHA L. JOSEPH | § | CASE NO. 10-31952-BJH |
| LOUIS PEREZ | § | CASE NO. 10-32654-BJH |
| LESLIE KIETH GARDNER | § | CASE NO. 10-31595-BJH |
| ROBIN LYNN GOODMAN | § | CASE NO. 10-31133-BJH |
| DEONTAY R. JOHNSON | § | CASE NO. 10-32532-BJH |
| TALANCE M. SAWYER | § | CASE NO. 10-32752-BJH |
| MEAMYA D. CHRISTIE | § | CASE NO. 10-32692-BJH |
| KIMBERLY LEE SMITH | § | CASE NO. 10-40248-RFN |
| SANTRECE LAWUN MOORE | § | CASE NO. 10-42523-RFN |
| SHIELA HUNI | § | CASE NO. 10-46163-RFN |
| GASPAR FRAIRE | § | CASE NO. 10-46895-RFN |
| SYLVIA LOUISE JIVIDEN | § | CASE NO. 10-46811-RFN |
| NOREEN WALLACE | § | CASE NO. 10-43493-RFN |
| JOSE L. SAENZ | § | CASE NO. 10-41737-RFN |
| JOE A. RANGEL | § | CASE NO. 10-43440-DML |
| RICHARD D. IVORY | § | CASE NO. 10-44057-DML |
| ALYSIA TAYLOR | § | CASE NO. 10-44720-RFN |
| RHONDA LA FAWN MCINTOSH | § | CASE NO. 10-45255-DML |
| JOSE HERRERA | § | CASE NO. 10-47003-DML |
| DOMINGO RIVERA CARVAJAL | § | CASE NO. 11-40428-RFN |
| | § | |
| DEBTOR(S) | § | |

| | § | |
|---|---|---|
| THOMAS D. POWERS, ET AL. | § | |
| STANDING CHAPTER 13 TRUSTEES | § | ADVERSARY PROCEEDING |
| PLAINTIFF | § | NO. 10-03064-BJH |
| | § | (CONSOLIDATED) |
| V. | § | |
| | § | |
| IRA DAVIS ET AL. | § | |
| DEFENDANTS | § | |

## DILLARD MOTION TO UNDEEM ADMISSIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Motion to undeem admissions                                                PAGE 1 OF 2

COMES NOW Defendant Jewara Dillard, and files this Motion to Undeem Admissions on file with the court in this case and shows the court the following:

1. Dillard requests the Court to Undeem the Admissions filed by Plaintiff in this case as per a Notice of Admissions on August 24, 2011.

2. Dillard never received notice or proper service of these Requests for Admissions. As per the exhibits attached to Plaintiff's notice, the requests were sent to different incorrect addresses. As such, Dillard did not receive proper notice and proper opportunity to respond.

WHEREFORE, PREMISES CONSIDERED, Creditor requests this Court to enter an Order redacting the court record as set forth herein, as prayed for herein, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
/s/ Reedy Spigner
Reedy Macque Spigner
SBN: 18934800
555 Republic Dr., #101
Plano, TX 75074
972-881-0581
972-424-1309 FAX
Attorneys for Jewara Dillard

### CERTIFICATE OF SERVICE

This notice is limited to the following persons, Charles Cobbe, attorney for Plaintiffs, Hal Lusky, US Trustee, and all other parties requesting service via electronic means.

Signed this 27th day of March 2012.

/s/ Reedy Macque Spigner